IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:10-00007-03 |
| | ) | JUDGE CAMPBELL |
| v. | ) | |
| | ) | |
| ROGER FARLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Issued this __6__ day of October, 2012 at __5__ o'clock p.m.

To:  All interested parties including: Community First Bank & Trust, Roger Farley, Ricky L. Farley, Carolyn Farley, their agents, servants, employees, attorneys, family members and those person in active concert or participation with them, and those persons, financial institutions, or other entities who have any interest or control over a $110,000 cashier's check issued by Community First Bank & Trust, made payable to Ricky Farley, dated or about October 4, 2012 or the proceeds thereof ("Subject Property")

The Court, having considered the United States' application for a temporary restraining order and motion for a preliminary injunction and memorandum of law in support thereof, the Affidavit submitted with that motion, hereby finds that this temporary restraining order is issued without notice because the Subject Property is in danger of dissipation and immediate removal from the jurisdiction of the Court and as such will cause immediate and irreparable harm to the Victim for whom restitution has been ordered in the above-styled case.

The Court therefore issues a Temporary Restraining Order, pursuant to the Federal Rules of Civil Procedure Rule 65(b), hereby

**RESTRAINING, ENJOINING AND PROHIBITING,** effective immediately, Community First Bank & Trust, Roger Farley, Ricky L. Farley, Carolyn Farley, their agents, servants, employees, attorneys, family members and those person in active concert or participation with them, and those persons, financial institutions, or other entities who have any interest or control over Subject Property to, without prior approval of this Court and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability or value of the Subject Property, including but not limited to processing, negotiating, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, or in any way disposing of, diminishing the value of, or removing from the jurisdiction of the Middle District of Tennessee, all or any part of their interest, direct or indirect, in the Subject Property.

Further, the Department of Justice or its designee shall serve a copy of this temporary restraining order and any Notice of Hearing issued upon Community First Bank & Trust, Roger Farley, Ricky L. Farley, Carolyn Farley, their agents, servants, employees, attorneys, family members and those person in active concert or participation with them, and those persons, financial institutions, or other entities who have any interest or control the Subject Property and shall make a return thereon reflecting the date and time of service.

This Order expires on 20 day of October, 2012 at 5 o'clock P.M.

_Todd Campbell_
JUDGE CAMPBELL